No. 73–1604. Niezek v. United States. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–1621. Dioguardi v. United States. C. A. 2d Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–1624. Andrea Dumon, Inc., et al. v. Clairol, Inc. App. Ct. Ill., 1st Dist. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–1632. Smith et al. v. Stewart et al. App. Ct. Ill., 1st Dist. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–1638. Gold On Behalf of Susquehanna Corp. v. Scurlock et al. C. A. 4th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–1658. Pacific Far East Line, Inc. v. Hartford Fire Insurance Co. C. A. 9th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–1668. Barbour v. District Director, Immigration and Naturalization Service. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–1671. Smallwood v. Pearl Brewing Co. et al. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.